AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

AMY LYNN ASZTALOS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:24-cv-145

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 25, 2025 the final decision of the Acting Commissioner is affirmed. This case stands closed.

Approved by: _/s/ Christopher L. Ray_

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

September 25, 2025

Date

John E. Triplett, Clerk of Court

Clerk

_/s/ Jamie Hodge_

(By) Deputy Clerk

GAS Rev 10/2020